**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

October 18, 2023

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*The request for an adjournment is granted. The IPTC currently set for November 1, 2023 is hereby adjourned to January 3, 2024 at 10 AM. The Clerk of Court is directed to terminate the motion at Dkt. 8.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Date: October 19, 2023*

Re:   Williams v. Discover Your Mobility, Inc.,
      Case No.: 1:23-cv-7044

Dear Judge Subramanian,

      The undersigned represents Milton Williams, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Discover Your Mobility, Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for November 1, 2023, at 9:00 AM (Dkt. 7) be adjourned for 60 days because Counsel for the Defendant has not yet answered or appeared in this action. Additionally, the undersigned respectfully requests that Your Honor grant an extension of 60 days to effectuate service on the Defendant. We have been diligently working with process servers to serve the Defendant at multiple addresses and have not yet been successful. This adjournment will give the undersigned ample time to serve the Complaint and grant the Defendant ample opportunity to appear and defend themselves in this Action as well as discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES

*/s/Michael A. LaBollita, Esq.*

                                      Michael A. LaBollita, Esq.